# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:   09–38410–KCF
                    Chapter:   13
                    Judge:   Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jerry Taylor | Vanessa Taylor |
| 148 Hamilton Road | 148 Hamilton Road |
| Tinton Falls, NJ 07724 | Tinton Falls, NJ 07724 |

Social Security No.:
   xxx–xx–6385                                    xxx–xx–8842

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 15 days from the date the bankruptcy petition was filed:

        Schedules A through J, Summary of Schedules, Statistical Summary of Liabilities, Statement of Financial Affairs, Disclosure of Attorney Compensation, Statement of Current Monthly Income and Chapter 13 Plan and Motions

2. This case will be dismissed on November 9, 2009, unless the missing documents are received on or before that date by the Clerk of the Court at:

                U.S. Bankruptcy Court
                402 East State Street
                Trenton, NJ 08608

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before November 9, 2009.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: October 26, 2009
JJW: blh

                                                                                   James J. Waldron
                                                                                   Clerk

                If the schedules you file list more creditors than were included on the list of
                creditors(matrix) filed with your petition, you must file with your schedules
                an amended list of creditors(matrix), listing only those creditors being added,
                and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1).
                You must also pay a $26 fee for the amendment in the form of certified check,
                money order, or attorney's check.

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: bhiggins             Page 1 of 1                  Date Rcvd: Oct 26, 2009
Case: 09-38410                Form ID: 180               Total Noticed: 3

The following entities were noticed by first class mail on Oct 28, 2009.
db/jdb     +Jerry Taylor,   Vanessa Taylor,   148 Hamilton Road,   Tinton Falls, NJ 07724-9717
smg         U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2009**                    **Signature:** _Joseph Speetjens_