UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ALBERT RUSSO
CN 4853
Trenton, New Jersey  08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

JERRY TAYLOR
VANESSA TAYLOR

Debtor(s)

Case No. 09-38410 / KCF

Hearing Date: 12/16/09

Judge:  KATHRYN C FERGUSON

Order Filed on
12/21/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

## ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: 12/21/2009**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor(s): JERRY TAYLOR    VANESSA TAYLOR

Case No: 09-38410 / KCF

Caption of Order:  ORDER DISMISSING CHAPTER 13 CASE

---

**THIS MATTER** having come before the Court for a hearing on confirmation of the Debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is hereby:

**ORDERED** that the the above captioned case is hereby dismissed for the Debtor(s) failure to:

attend the Section 341(a) meeting

file required schedules, statements, plan and/or summary

file a feasible plan, income and/or budget statement

make all required pre-confirmation payments to the Trustee

lack of prosecution

file tax returns

provide evidence of income

attend Confirmation Hearing

*Approved by Judge Kathryn C. Ferguson  December 21, 2009*